IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LaRAE F. OSWALD, | ) | |
| | ) | Case No. 8:13cv108 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GENERAL COLLECTION CO., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Burke Smith, counsel for Plaintiff,

**IT IS ORDERED:**

1.  On or before **July 15, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Rule 26(f) planning report deadline of June 14, 2013, is cancelled upon the representation that this case is settled.

Dated: June 13, 2013.

BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge