IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARAE F. OSWALD,<br><br>        Plaintiff,<br><br>    vs.<br><br>GENERAL COLLECTION CO.,<br><br>        Defendant. | CASE NO. 8:13CV108<br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' joint Stipulation of Dismissal With Prejudice (Filing No. 9). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-entitled action will be dismissed in its entirety, with prejudice, with the parties to be responsible for their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' joint Stipulation of Dismissal With Prejudice (Filing No. 9) is approved;

2. The above-captioned matter is dismissed in its entirety, with prejudice; and

3. The parties will be responsible for their own costs and attorney fees.

Dated this 10th day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge